THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 03, 2010

Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Bud L. Krachtt and Janine A. Krachtt<br><br>      Debtors. | Chapter: 13<br><br>Case No. 09-25603-SVK |

### ORDER GRANTING MOTION OF UNIVERSAL MORTGAGE CORPORATION FOR MODIFICATION OF AUTOMATIC STAY

    Pursuant to the Motion with respect to the property located at N115W16568 Royal Ct Germantown, WI 53022-3248, the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant"), and there being no opposition thereto,

    IT IS HEREBY ORDERED that said motion is in all respects granted including the movant's request for an award of its legal fees and costs in the amount of $500.00 and the automatic stay is modified to allow the movant to offer and pursue loss mitigation and work out alternatives with respect to

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on our client's behalf and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

the debtor(s) property located at N115W16568 Royal Ct Germantown, WI 53022-3248.

IT IS FURTHER ORDERED that that this order shall be effective immediately upon its entry.

#####